# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2007

133881

RETHA KILBURN and RAMONA PRIME, as
Co-Guardians for RODNEY GRANT, a Legally
Incapacitated Person,
          Plaintiffs-Appellees,

v

PROGRESSIVE MICHIGAN INSURANCE
COMPANY, a/k/a PROGRESSIVE CASUALTY
INSURANCE COMPANY,
          Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133881
COA: 272379
Oakland CC: 2005-071050-NF

_____/

On order of the Court, the application for leave to appeal the March 29, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2007

_____
Clerk

p1114